

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00793-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. D/B/A American Medical Home Health Services ("Hub City"), American Medical Home Health Services San Antonio, LLC ("AM Home Health SA"), American Medical Hospice Care, LLC ("AM Hospice SA"), American Medical Palliative Support, LLC ("AM Palliative Support"), Magdalena (Maggie) Clemente, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH INC.** and Legacy Home Care Services, Inc. D/B/A All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 1, 2025

DISMISSED

The parties have filed a joint motion to dismiss this appeal because they have reached a settlement. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM